Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: Bill.latour@verizon.net

FILED
CLERK, U.S. DISTRICT COURT
JUN 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JEFFREY SCOTT SMAW, SR., | No. EDCV 07-1333 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND DOLLARS and 00/cents ($2,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 6/4/08

HON. FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE